**SECOND DIVISION**
**MILLER, P. J.,**
**RICKMAN, P. J., and REESE, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed. https://www.gaappeals.us/rules**

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**June 8, 2021**

# In the Court of Appeals of Georgia

A19A0848. CLOUTHIER v. THE MEDICAL CENTER OF CENTRAL GEORGIA, INC.

MILLER, Presiding Judge.

In *Clouthier v. The Med. Center of Central Ga., Inc.*, 351 Ga. App. 883 (833 SE2d 584) (2019), we reversed the trial court's dismissal of Francis Clouthier's complaint against the Medical Center of Central Georgia, Inc. The Supreme Court of Georgia subsequently vacated our decision and remanded the case for reconsideration in light of *Bowden v. The Med. Center, Inc.*, 309 Ga. 188, 202 (II) (2) (b) (845 SE2d 555) (2020). See *The Med. Center of Central Ga., Inc. v. Clouthier*, Case No. S19C0326 (decided August 10, 2020).

The Medical Center of Central Georgia, Inc., has filed a consent motion requesting that we remand the instant case to the trial court because the parties have

reached an agreement whereby their dispute will be resolved. According to the motion, Clouthier agrees to this disposition. Given this pending consent motion, the judgment of the trial court is reversed, and this case is remanded to the trial court for the parties to effectuate the agreement. See *Petty v. Petty*, 227 Ga. 521 (1) (181 SE2d 859) (1971) (reversing the trial court's judgment and remanding for the parties' "agreement [to] be filed in order to permit the agreed disposition of the case"); *Barnett v. Moss*, 98 Ga. App. 581 (106 SE2d 60) (1958) (reversing for the parties "to carry out [their] compromise agreement"); see also *Charter HR, Inc. v. Perry*, 320 Ga. App. 315 (739 SE2d 770) (2013) (reversing where the parties filed a consent motion to remand to allow them to seek the State Board of Workers' Compensation's approval of a settlement agreement).

*Judgment reversed and case remanded. Rickman, P.J., and Reese, J., concur.*